UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED A. AL-MUSAWI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-01920 (UNA) |
| REPUBLIC OF IRAQ, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and the complaint, ECF No. 1, and this case, are **DISMISSED without prejudice**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). The Clerk of Court is requested to close this case.

Date: 7/26/2023

TREVOR N. McFADDEN
United States District Judge